CLEAR FORM

Name: Kevin S. Conlogue (SBN 285277)
Address: 292 S. La Cienega Blvd., Ste. 207
City, State, Zip: Beverly Hills, CA 90211
Phone: (213) 255-8837
Fax: (213) 477-2069
E-Mail: Kevin@LOKSC.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON PLEASANT, JR., an individual and successor-in-interest of CLIFTON PLEASANT, SR., deceased;<br><br>PLAINTIFF(S),<br><br>v.<br><br>HUMBERTO MIRANDA, et al.<br><br>DEFENDANT(S). | CASE NUMBER: 5:20-cv-00675-JGB-SHKx<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _Clifton Pleasant, Jr._ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Dkt. No. 74 Amended Order Following Summary Judgment Motion
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _July 16, 2021_. Entered on the docket in this action on _July 16, 2021_.

A copy of said judgment or order is attached hereto.

July 23, 2021                           /s/Kevin S. Conlogue
Date                                    Signature
                                        ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).